In the Matter of GOLDEN CITY PARK CORPORATION, Appellant, against BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK, et al., Respondents.

Submitted April 20, 1942; decided April 21, 1942.

*William C. Chanler, Corporation Counsel (Paxton Blair* of counsel), for motion.

*William Bradford Roulstone* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within sixty days appellant serves and files an undertaking on appeal and perfects the appeal in which event the motion is denied.